9/24/99 PURSUANT
TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 24 AM 11:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
ANGEL G. FALERO-VELAZQUEZ,       *
                                  *
        Petitioner                *
                                  *
            v.                    *   Civ. No. 98-2295(PG)
                                  *   (Cr. Nos. 94-294 & 369(PG))
UNITED STATES OF AMERICA,         *
                                  *
        Respondent                *
                                  *
----------------------------------*
```

# JUDGMENT

The Court having entered an order approving and adopting the magistrate judge's report and recommendation, and having dismissed petitioner's § 2255 petition, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, September 24, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)